Certificate Number: 16339-PAM-DE-041323126

Bankruptcy Case Number: 26-02271

16339-PAM-DE-041323126

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 13, 2026, at 5:37 o'clock PM EDT, Arlene Feliciano-agard completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 13, 2026

By: /s/Kris Krumal

Name: Kris Krumal

Title: Certified Financial Counselor